UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| DEBORAH WHEAT, | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| v. | ) 5:21-CV-00088-DCB-BWR |
| THE MICHAELS ORGANIZATION, LLC and JOHN DOES 1-10, | ) |
| Defendants | ) |

## ORDER

Considering the foregoing, Defendant, The Michaels Organization, LLC's Unopposed Second Motion to Extend Deadline for Defendant's Rebuttal Memorandum to Plaintiff's Opposition to Motion for Summary Judgment [Dkt. 60],

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Defendant's Rebuttal Memorandum to Plaintiff's Opposition to Defendant's Motion for Summary Judgment [Dkt. 57], is due on or before Thursday, February 2, 2023.

**SO ORDERED,** this the 1st day of February, 2023.

s/David Bramlette
HON. DAVID BRAMLETTE, III
U.S. DISTRICT COURT JUDGE

Submitted by Counsel for Defendant:

Susan Fahey Desmond, Ms. Bar No. 5116
Katelyn W. Harrell, Ms. Bar No. 10754
JACKSON LEWIS P.C.
601 Poydras Street, Suite 1400
New Orleans, LA 70130
Phone: (504) 208-1755 | Fax: (504) 208-1759
Susan.Desmond@jacksonlewis.com
Katelyn.Harrell@jacksonlewis.com